Kristina N. Holmstrom
State Bar No. 10086
Cayla Witty
State Bar No. 12897
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398
E-mail: KHolmstrom@LRRC.com
CWitty@LRRC.com

*Attorneys for Defendant Farmers
New World Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shanna M. Vitale, an individual, Danielle Ricketts fka Anderson, an individual, and John Cotton Ricketts, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>Farmers New World Life Insurance Company, and DOES I through X and ROES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-105-RCJ-(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FARMERS NEW WORLD LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties stipulate that the defendant, Farmers New World Life Insurance Company ("FNWL"), may have up to and including February 9, 2016 to file its answer or otherwise respond to plaintiffs' complaint. FNWL requested this extension, and plaintiffs agreed, to review the claims and relevant information.

/ / /

/ / /

/ / /

/ / /

/ / /

7268261_1

This is the first request for an extension to FNWL's response deadline.

DATED this 25th day of January, 2016.

| HANRATTY LAW GROUP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| BY: */s/ Kevin M. Hanratty*<br>Kevin M. Hanratty<br>Nevada Bar No. 7734<br>1815 Village Center Circle, Suite 140<br>Las Vegas, Nevada 89134<br>(702) 821-1379<br><br>*Attorney for Plaintiffs* | BY: */s/ Cayla Witty*<br>Kristina N. Holmstrom<br>Nevada Bar No. 10086<br>Cayla Witty<br>Nevada Bar No. 12897<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 8916<br>(702) 949-8200<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: February 2, 2016

7268261_1